UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ROBERT A. DAUGHTRY,

    Plaintiff,

v.                                Case No:  2:12-cv-307-Ftm-29SPC

RANDY WILLIAMS, DOES 1-3 and
UNITED STATES OF AMERICA (IRS),

    Defendants.
_____/

## ORDER

This matter comes before the Court on Joint Motion to Stay Discovery and All Other Remaining Case Management Deadlines by 75 Days (Doc. #32) filed on January 31, 2013.  The Parties request a 75-day stay of the deadlines set forth in the Case Management and Scheduling Order (Doc. #22) so that a settlement may be finalized and pleadings amended.  The Court is not inclined to stay the deadlines but will extend the deadlines by 75-days to allow the settlement to be finalized.  The Court is aware that additional time may be needed.  If so, the Parties may file a further motion for extension with the Court.

Accordingly, it is now

**ORDERED:**

Joint Motion to Stay Discovery and All Other Remaining Case Management Deadlines by 75 Days (Doc. #32) is **GRANTED in part**.

The deadlines in this case are amended as follows:

| **Disclosure of Expert Reports** | |
| --- | --- |
|         **Plaintiff** | May 1, 2013 |
|         **Defendant** | May 29, 2013 |
| **Discovery Deadline** | June 28, 2013 |

| | |
|---|---|
| **Dispositive Motions, *Daubert*, and *Markman* Motions** | July 29, 2013 |
| **Meeting In Person to Prepare Joint Final Pretrial Statement** | September 16, 2013 |
| **Joint Final Pretrial Statement (*Including* a Single Set of Jointly Proposed Jury Instructions and Verdict Form, Voir Dire Questions, Witnesses Lists, Exhibits Lists on Approved Form)** | October 9, 2013 |
| **All Other Motions Including Motions *In Limine*, Trial Briefs** | October 9, 2013 |
| **Final Pretrial Conference      Date:<br>                              Time:<br>                              Judge:** | November 25, 2013<br>9:00 a.m.<br>John E. Steele |
| **Trial Term Begins** | December 2, 2013 |
| **Estimated Length of Trial** | 3 days |
| **Jury/Non-Jury** | Non-Jury |

**DONE** and **ORDERED** in Fort Myers, Florida this 31st day of January, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:  All Parties of Record

2